| | |
|---|---|
| The Honorable: | JANET S. BAER |
| Chapter | 7 |
| Location: | 219 S. Dearborn, Courtroom 615, Chicago, IL |
| Hearing Date: | / / |
| Hearing Time: | |
| Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: LYONS, MICHAEL § Case No. 15-04994
　　　　LYONS, ANN §
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 16, 2015. The undersigned trustee was appointed on February 23, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of　　$　　　　233,333.33

　　Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 134,389.55 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] $ | 83,943.78 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/08/2017 and the deadline for filing governmental claims was 08/15/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $14,166.67. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $14,166.67, for a total compensation of $14,166.67.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/27/2018          By: /s/Brian Audette
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-04994  
**Case Name:** LYONS, MICHAEL  
LYONS, ANN  
**Period Ending:** 02/27/18

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 02/16/15 (f)  
**§341(a) Meeting Date:** 03/17/15  
**Claims Bar Date:** 06/08/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | DELETE - Asset removed from Amended Schedule A/B<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand.<br>Imported from original petition Doc# 1 | 110.00 | 0.00 | | 0.00 | FA |
| 3 | Chase Bank checking account -6659<br>Imported from original petition Doc# 1 | 53.36 | 0.00 | | 0.00 | FA |
| 4 | Chase Bank savings account -8284 in banks, savin<br>Imported from original petition Doc# 1 | 17.18 | 0.00 | | 0.00 | FA |
| 5 | Fifth Third Bank checking account associations,<br>Imported from original petition Doc# 1 | 1,100.00 | 0.00 | | 0.00 | FA |
| 6 | Household goods and furnishings. audio, video, a<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Aetna 401K Plan<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 9 | First Interstate Bancorp deferred retirement<br>Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 10 | Merril Lynch 401K Plan<br>Imported from original petition Doc# 1 | 91,509.32 | 0.00 | | 0.00 | FA |
| 11 | 2000 Chevrolet Malibu<br>Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 12 | 2001 Chevrolet Malibu<br>Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 13 | 2002 Chevrolet Impala<br>Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 14 | 2003 Chevrolet Trailblazer<br>Imported from original petition Doc# 1 | 2,400.00 | 0.00 | | 0.00 | FA |
| 15 | 2014 anticipated tax refund<br>Imported from original petition Doc# 1 | 6,200.00 | 2,480.54 | | 0.00 | FA |
| 16 | Damages - auto collision - 2.06.15 (H) | Unknown | 19,000.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 15-04994  
**Case Name:** LYONS, MICHAEL  
LYONS, ANN  
**Period Ending:** 02/27/18

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 02/16/15 (f)  
**§341(a) Meeting Date:** 03/17/15  
**Claims Bar Date:** 06/08/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Damages - Economy Preferred Insurance Co. H & W (u) | Unknown | 19,000.00 | | 233,333.33 | FA |
| 18 | DELETE | 0.00 | 0.00 | | 0.00 | FA |
| 18 | **Assets** **Totals** (Excluding unknown values) | **$104,889.86** | **$40,480.54** | | **$233,333.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2018     **Current Projected Date Of Final Report (TFR):** June 30, 2018

Printed: 02/27/2018 03:08 PM    V.13.32

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-04994 | **Trustee:** Brian Audette, Chapter 7 Trustee (330232) |
| **Case Name:** LYONS, MICHAEL / LYONS, ANN | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******8466 - Checking Account |
| **Taxpayer ID #:** **-***7403 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 02/27/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/20/17 | | Lawyers Trust Fund of Illinois | Settlement per 11.06.17 court order | | | 83,943.78 | | 83,943.78 |
| | {17} | | | 233,333.33 | 1242-000 | | | 83,943.78 |
| | | | McCready, Garcia & Leet, P.C. attorneys' fees | -83,333.33 | 3210-000 | | | 83,943.78 |
| | | | McCready, Garcia & Leet, P.C. attorneys' expenses | -5,633.15 | 3220-000 | | | 83,943.78 |
| | | | Accelerated Rehab/Athletico medical lien | -10,000.00 | 2990-000 | | | 83,943.78 |
| | | | APM Surgical Group medical lien | -10,000.00 | 2990-000 | | | 83,943.78 |
| | | | Dr. Nicholas Angelopoulos medical lien | -3,000.00 | 2990-000 | | | 83,943.78 |
| | | | Pinnacle Intervention Pain Associates medical lien | -10,000.00 | 2990-000 | | | 83,943.78 |
| | | | Preferred Open MRI medical lien | -1,250.00 | 2990-000 | | | 83,943.78 |
| | | | Rawlings Company (Disability) medical lien | -7,200.00 | 2990-000 | | | 83,943.78 |
| | | | Rawlings Company (ERISA) medical lien | -1,744.07 | 2990-000 | | | 83,943.78 |
| | | | RM Anesthesia medical lien | -2,000.00 | 2990-000 | | | 83,943.78 |
| | | | Electrostim Medical Services medical lien | -229.00 | 2990-000 | | | 83,943.78 |
| | | | Debtor's claimed exemption | -15,000.00 | 8100-002 | | | 83,943.78 |
| | | | **ACCOUNT TOTALS** | | | 83,943.78 | 0.00 | **$83,943.78** |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 83,943.78 | 0.00 | |
| | | | Less: Payments to Debtors | | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | | **$83,943.78** | **$-15,000.00** | |

{} Asset reference(s)

Printed: 02/27/2018 03:08 PM     V.13.32

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 15-04994 | | **Trustee:** | Brian Audette, Chapter 7 Trustee (330232) |
|---|---|---|---|---|
| **Case Name:** | LYONS, MICHAEL | | **Bank Name:** | Rabobank, N.A. |
| | LYONS, ANN | | **Account:** | ******8466 - Checking Account |
| **Taxpayer ID #:** | **-***7403 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 02/27/18 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | | | TOTAL - ALL ACCOUNTS | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|---|---|---|
| | | | **Checking # ******8466** | | 83,943.78 | -15,000.00 | 83,943.78 |
| | | | | | $83,943.78 | $0.00 | $83,943.78 |

{} Asset reference(s)   Printed: 02/27/2018 03:08 PM   V.13.32

# Exhibit C - Claims Proposed Distribution

## Case: 15-04994    LYONS, MICHAEL

| **Case Balance:** | $83,943.78 | **Total Proposed Payment:** | $83,943.78 | **Remaining Balance:** | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | Brian Audette, Chapter 7 Trustee<br><2100-00  Trustee Compensation> | Admin Ch. 7 | 14,166.67 | 14,166.67 | 0.00 | 14,166.67 | 14,166.67 | 69,777.11 |
|  | Perkins Coie LLP<br><3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 1,814.00 | 1,814.00 | 0.00 | 1,814.00 | 1,814.00 | 67,963.11 |
| 1 | SLM BANK<br>Claim Memo:   Claim withdrawn as paid in full on 10/12/17. | Unsecured | 483.68 | 0.00 | 0.00 | 0.00 | 0.00 | 67,963.11 |
| 2 | Quantum3 Group LLC as agent for | Unsecured | 1,760.98 | 1,760.98 | 0.00 | 1,760.98 | 1,446.08 | 66,517.03 |
| 3 | Capital One Bank (USA), N.A. | Unsecured | 9,213.87 | 9,213.87 | 0.00 | 9,213.87 | 7,566.21 | 58,950.82 |
| 4 | Discover Student Loans<br>Claim Memo:   Reduced per 12.12.17 court order | Unsecured | 12,697.74 | 11,847.59 | 0.00 | 11,847.59 | 9,728.95 | 49,221.87 |
| 5 | Sallie Mae | Unsecured | 7,890.62 | 7,890.62 | 0.00 | 7,890.62 | 6,479.59 | 42,742.28 |
| 6 | Sallie Mae | Unsecured | 45,319.28 | 0.00 | 0.00 | 0.00 | 0.00 | 42,742.28 |
| 6 -2 | Sallie Mae | Unsecured | 45,319.28 | 45,319.28 | 0.00 | 45,319.28 | 37,215.09 | 5,527.19 |
| 7 | Capital One, N.A. | Unsecured | 2,329.74 | 2,329.74 | 0.00 | 2,329.74 | 1,913.13 | 3,614.06 |
| 8 | Citibank, N.A. | Unsecured | 4,401.08 | 4,401.08 | 0.00 | 4,401.08 | 3,614.06 | 0.00 |
|  | **Total for Case 15-04994 :** |  | **$145,396.94** | **$98,743.83** | **$0.00** | **$98,743.83** | **$83,943.78** |  |

## CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $15,980.67 | $15,980.67 | $0.00 | $15,980.67 | 100.000000% |
| **Total Unsecured Claims :** | $129,416.27 | $82,763.16 | $0.00 | $67,963.11 | 82.117587% |

**TRUSTEE'S PROPOSED DISTRIBUTION**     Exhibit D

Case No.: 15-04994
Case Name: LYONS, MICHAEL
Trustee Name: Brian Audette

**Balance on hand:**     $ 83,943.78

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 83,943.78

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Brian Audette, Chapter 7 Trustee | 14,166.67 | 0.00 | 14,166.67 |
| Attorney for Trustee, Fees - Perkins Coie LLP | 1,814.00 | 0.00 | 1,814.00 |

Total to be paid for chapter 7 administration expenses:  $ 15,980.67
Remaining balance:  $ 67,963.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 67,963.11

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $ 0.00
Remaining balance:  $ 67,963.11

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 82,763.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 82.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | SLM BANK | 0.00 | 0.00 | 0.00 |
| 2 | Quantum3 Group LLC as agent for | 1,760.98 | 0.00 | 1,446.08 |
| 3 | Capital One Bank (USA), N.A. | 9,213.87 | 0.00 | 7,566.21 |
| 4 | Discover Student Loans | 11,847.59 | 0.00 | 9,728.95 |
| 5 | Sallie Mae | 7,890.62 | 0.00 | 6,479.59 |
| 6 | Sallie Mae | 0.00 | 0.00 | 0.00 |
| 6 -2 | Sallie Mae | 45,319.28 | 0.00 | 37,215.09 |
| 7 | Capital One, N.A. | 2,329.74 | 0.00 | 1,913.13 |
| 8 | Citibank, N.A. | 4,401.08 | 0.00 | 3,614.06 |

Total to be paid for timely general unsecured claims: $ 67,963.11
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**