**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7** |
| | ) | |
| MICHAEL LYONS AND | ) | **Case No. 15-04994** |
| ANN LYONS, | ) | |
| | ) | **Honorable Janet S. Baer** |
| Debtor. | | |

## CERTIFICATE OF SERVICE

Brian A. Audette, an attorney, certifies that on the 2nd day of March, 2018, he caused the

***Notice of Trustee's Final Report and Application for Compensation and Deadline to Object***

***(NFR)*** to be filed electronically with the Court.  Notice of this filing will be served by U.S. Mail,

first-class postage prepaid, to the parties listed on the attached service list.

Dated:  March 2, 2018                                BRIAN A. AUDETTE, INTERIM TRUSTEE


By: _/s/ Brian A. Audette_____
                    Chapter 7 Trustee


OF COUNSEL:
Brian A. Audette
**PERKINS COIE LLP**
131 S. Dearborn Street, Suite 1700
Chicago, Illinois  60603
Tel.:  (312) 324-8534
Fax:  (312) 324-9534

Label Matrix for local noticing
0752-1
Case 15-04994
Northern District of Illinois
Chicago
Fri Mar  2 10:54:35 CST 2018

SLM BANK C/O NAVIENT SOLUTIONS LLC
PO BOX 9640
WILKES BARRE, PA 18773-9640

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Aes/nct
Po Box 61047
Harrisburg, PA 17106-1047

Bk Of Amer
Po Box 15047
Wilmington, DE  19850-5047

Blatt, Hasenmiller, Leibsker & Moore Llc
125 South Wacker Drive, Suite 400
Chicago, IL 60606-4440

C David Ward
1480 N Orchard Rd Ste 110
Aurora, IL 60506-7940

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Chase Card
800 Brooksedge Blvd.
Westervile, OH 43081-2822

Chase Card
800 Brooksedge Blvd.
Westerville, OH 43081-2822

Chase Mtg
800 Brooksedge Blvd.
Westerville, OH 43081-2822

Citibank, N.A.
c/o American InfoSource LP
PO Box 248840
Oklahoma City, OK  73124-8840

Comenity-Carson's
PO Box 659813
San Antonio, TX  78265-9113

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Student Loans
PO Box 30925
Salt Lake City, UT 84130-0925

Dr Hugh O'Neill
14741 S Ravinia Ave
Orland Park, IL 60462-3100

ER Medical Assoc of Palos Ltd
POB 5969
Carol Stream, IL 60197-5969

Green Tree Servicing L
Po Box 6172
Rapid City, SD 57709-6172

JPMorgan Chase Bank, N.A.
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI  48308-0730

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

Leading Edge Recovery Solutions
5440 N. Cumberland Ave., Ste 300
Chicago, IL 60656-1486

Lyons Ann
4336 Adeline Drive
Oak Lawn, IL 60453-5742

Lyons Michael
4336 Adeline Drive
Oak Lawn, IL 60453-5742

Navient
Po Box 9655
Wilkes Barre, PA 18773-9655

Palos Community Hospital
12241 S 80th Ave
Palos Heights, IL 60463

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

SLM BANK
C/O Navient Solutions, Inc.
PO BOX 9640
Wilkes-Barre, PA 18773-9640

Sallie Mae
300 Continental Dr
Newark, DE 19713-4322

Sallie Mae
P.O. Box 3319
Wilmington, DE 19804-4319

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117-6282

Student Loan Corp
Po Box 30948
Salt Lake City, UT 84130-0948

Syncb/sams Club
Po Box 965005
Orlando, FL 32896-5005

Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440-0673

Ann Lyons
4336 Adeline Drive
Oak Lawn, IL 60453-5742

Ashley L Orler
Golan Christie Taglia LLP
70 W Madison Street
Suite 1500
Chicago, IL 60602-4265

Brian Audette
Perkins Coie LLP
131 S Dearborn Street, Suite 1700
Chicago, IL 60603-5559

C David Ward
Illini Legal Services Chartered
1234 Douglas Road
Oswego, IL 60543-7918

Michael Lyons
4336 Adeline Drive
Oak Lawn, IL 60453-5742

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Robert R Benjamin
Golan Christie Taglia LLP
70 West Madison Street
Suite 1500
Chicago, IL 60602-4265

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cap One
Po Box 85520
Richmond, VA  23285

Discover Financial Ser
2500 Lake Cook Rd.
Riverwoods, IL  60015

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Michael P McCready
Garcia & Leet PC

End of Label Matrix
Mailable recipients    41
Bypassed recipients     1
Total                  42