**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: LYONS, MICHAEL § Case No. 15-04994
   LYONS, ANN §
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

 Brian Audette, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

 1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

 2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $104,889.86　　　　　Assets Exempt: $132,409.32
*(without deducting any secured claims)*

Total Distribution to Claimants: $67,963.11　　　Claims Discharged
                Without Payment: $14,800.05

Total Expenses of Administration: $150,370.22

 3) Total gross receipts of $233,333.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $15,000.00 (see **Exhibit 2**), yielded net receipts of $218,333.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 150,370.22 | 150,370.22 | 150,370.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 129,416.27 | 82,763.16 | 67,963.11 |
| **TOTAL DISBURSEMENTS** | $0.00 | $279,786.49 | $233,133.38 | $218,333.33 |

4) This case was originally filed under Chapter 7 on February 16, 2015. The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/23/2018          By: /s/Brian Audette
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Damages – Economy Preferred Insurance Co. H & W | 1242-000 | 233,333.33 |
| **TOTAL GROSS RECEIPTS** | | **$233,333.33** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Lawyers Trust Fund of Illinois | Debtor's claimed exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation – Brian Audette, Chapter 7 Trustee | 2100-000 | N/A | 14,166.67 | 14,166.67 | 14,166.67 |
| Attorney for Trustee Fees (Trustee Firm) – Perkins Coie LLP | 3110-000 | N/A | 1,814.00 | 1,814.00 | 1,814.00 |
| Other – Lawyers Trust Fund of Illinois | 3210-000 | N/A | 83,333.33 | 83,333.33 | 83,333.33 |
| Other – Lawyers Trust Fund of Illinois | 3220-000 | N/A | 5,633.15 | 5,633.15 | 5,633.15 |
| Other – Lawyers Trust Fund of Illinois | 2990-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Lawyers Trust Fund of Illinois | 2990-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| Other - Lawyers Trust Fund of Illinois | 2990-000 | N/A | 3,000.00 | 3,000.00 | 3,000.00 |
| Other - Lawyers Trust Fund of Illinois | 2990-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| Other - Lawyers Trust Fund of Illinois | 2990-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Other - Lawyers Trust Fund of Illinois | 2990-000 | N/A | 7,200.00 | 7,200.00 | 7,200.00 |
| Other - Lawyers Trust Fund of Illinois | 2990-000 | N/A | 1,744.07 | 1,744.07 | 1,744.07 |
| Other - Lawyers Trust Fund of Illinois | 2990-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| Other - Lawyers Trust Fund of Illinois | 2990-000 | N/A | 229.00 | 229.00 | 229.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$150,370.22** | **$150,370.22** | **$150,370.22** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | SLM BANK | 7100-000 | N/A | 483.68 | 0.00 | 0.00 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,760.98 | 1,760.98 | 1,446.08 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 9,213.87 | 9,213.87 | 7,566.21 |
| 4 | Discover Student Loans | 7100-000 | N/A | 12,697.74 | 11,847.59 | 9,728.95 |
| 5 | Sallie Mae | 7100-000 | N/A | 7,890.62 | 7,890.62 | 6,479.59 |
| 6 | Sallie Mae | 7100-000 | N/A | 45,319.28 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 -2 | Sallie Mae | 7100-000 | N/A | 45,319.28 | 45,319.28 | 37,215.09 |
| 7 | Capital One, N.A. | 7100-000 | N/A | 2,329.74 | 2,329.74 | 1,913.13 |
| 8 | Citibank, N.A. | 7100-000 | N/A | 4,401.08 | 4,401.08 | 3,614.06 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $129,416.27 | $82,763.16 | $67,963.11 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-04994  
**Case Name:** LYONS, MICHAEL  
LYONS, ANN  
**Period Ending:** 07/23/18

**Trustee:** (330232)  Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 02/16/15 (f)  
**§341(a) Meeting Date:** 03/17/15  
**Claims Bar Date:** 06/08/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   DELETE - Asset removed from Amended Schedule A/B  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 2   Cash on hand.  Imported from original petition Doc# 1 | 110.00 | 0.00 | | 0.00 | FA |
| 3   Chase Bank checking account -6659  Imported from original petition Doc# 1 | 53.36 | 0.00 | | 0.00 | FA |
| 4   Chase Bank savings account -8284 in banks, savin  Imported from original petition Doc# 1 | 17.18 | 0.00 | | 0.00 | FA |
| 5   Fifth Third Bank checking account associations,  Imported from original petition Doc# 1 | 1,100.00 | 0.00 | | 0.00 | FA |
| 6   Household goods and furnishings. audio, video, a  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7   Clothing  Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 8   Aetna 401K Plan  Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 9   First Interstate Bancorp deferred retirement  Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 10  Merril Lynch 401K Plan  Imported from original petition Doc# 1 | 91,509.32 | 0.00 | | 0.00 | FA |
| 11  2000 Chevrolet Malibu  Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 12  2001 Chevrolet Malibu  Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 13  2002 Chevrolet Impala  Imported from original petition Doc# 1 | 900.00 | 0.00 | | 0.00 | FA |
| 14  2003 Chevrolet Trailblazer  Imported from original petition Doc# 1 | 2,400.00 | 0.00 | | 0.00 | FA |
| 15  2014 anticipated tax refund  Imported from original petition Doc# 1 | 6,200.00 | 2,480.54 | | 0.00 | FA |
| 16  Damages - auto collision - 2.06.15 (H) | Unknown | 19,000.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-04994  
**Case Name:** LYONS, MICHAEL  
LYONS, ANN  
**Period Ending:** 07/23/18

**Trustee:** (330232) Brian Audette, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 02/16/15 (f)  
**§341(a) Meeting Date:** 03/17/15  
**Claims Bar Date:** 06/08/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Damages - Economy Preferred Insurance Co. H & W (u) | Unknown | 19,000.00 | | 233,333.33 | FA |
| 18 | DELETE | 0.00 | 0.00 | | 0.00 | FA |
| 18 | **Assets** Totals (Excluding unknown values) | **$104,889.86** | **$40,480.54** | | **$233,333.33** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2018   **Current Projected Date Of Final Report (TFR):**   March 1, 2018  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-04994  
**Case Name:** LYONS, MICHAEL  
LYONS, ANN  
**Taxpayer ID #:** **-***7403  
**Period Ending:** 07/23/18  

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/20/17 | | Lawyers Trust Fund of Illinois | Settlement per 11.06.17 court order | | 83,943.78 | | 83,943.78 |
| | {17} | | 233,333.33 | 1242-000 | | | 83,943.78 |
| | | | McCready, Garcia & Leet, P.C. attorneys' fees    -83,333.33 | 3210-000 | | | 83,943.78 |
| | | | McCready, Garcia & Leet, P.C. attorneys' expenses    -5,633.15 | 3220-000 | | | 83,943.78 |
| | | | Accelerated Rehab/Athletico medical lien    -10,000.00 | 2990-000 | | | 83,943.78 |
| | | | APM Surgical Group medical lien    -10,000.00 | 2990-000 | | | 83,943.78 |
| | | | Dr. Nicholas Angelopoulos medical lien    -3,000.00 | 2990-000 | | | 83,943.78 |
| | | | Pinnacle Intervention Pain Associates medical lien    -10,000.00 | 2990-000 | | | 83,943.78 |
| | | | Preferred Open MRI medical lien    -1,250.00 | 2990-000 | | | 83,943.78 |
| | | | Rawlings Company (Disability) medical lien    -7,200.00 | 2990-000 | | | 83,943.78 |
| | | | Rawlings Company (ERISA) medical lien    -1,744.07 | 2990-000 | | | 83,943.78 |
| | | | RM Anesthesia medical lien    -2,000.00 | 2990-000 | | | 83,943.78 |
| | | | Electrostim Medical Services medical lien    -229.00 | 2990-000 | | | 83,943.78 |
| | | | Debtor's claimed exemption    -15,000.00 | 8100-002 | | | 83,943.78 |
| 04/10/18 | 101 | Brian Audette, Chapter 7 Trustee | Dividend paid 100.00% on $14,166.67, Trustee Compensation; Reference: | 2100-000 | | 14,166.67 | 69,777.11 |
| 04/10/18 | 102 | Perkins Coie LLP | Dividend paid 100.00% on $1,814.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,814.00 | 67,963.11 |
| 04/10/18 | 103 | Quantum3 Group LLC as agent for | Dividend paid 82.11% on $1,760.98; Claim# 2; Filed: $1,760.98; Reference: | 7100-000 | | 1,446.08 | 66,517.03 |
| 04/10/18 | 104 | Capital One Bank (USA), N.A. | Dividend paid 82.11% on $9,213.87; Claim# 3; Filed: $9,213.87; Reference: | 7100-000 | | 7,566.21 | 58,950.82 |
| 04/10/18 | 105 | Discover Student Loans | Dividend paid 82.11% on $11,847.59; Claim# | 7100-000 | | 9,728.95 | 49,221.87 |

Subtotals: $83,943.78    $34,721.91

{} Asset reference(s)    Printed: 07/23/2018 11:45 AM    V.13.32

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-04994  
**Case Name:** LYONS, MICHAEL  
LYONS, ANN  
**Taxpayer ID #:** **-***7403  
**Period Ending:** 07/23/18

**Trustee:** Brian Audette, Chapter 7 Trustee (330232)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8466 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 4; Filed: $12,697.74; Reference: Stopped on 06/19/18 | | | | |
| 04/10/18 | 106 | Capital One, N.A. | Dividend paid 82.11% on $2,329.74; Claim# 7; Filed: $2,329.74; Reference: | 7100-000 | | 1,913.13 | 47,308.74 |
| 04/10/18 | 107 | Citibank, N.A. | Dividend paid 82.11% on $4,401.08; Claim# 8; Filed: $4,401.08; Reference: | 7100-000 | | 3,614.06 | 43,694.68 |
| 04/10/18 | 108 | Sallie Mae | Combined Check for Claims#5,6 -2 | | | 43,694.68 | 0.00 |
| | | | Dividend paid 82.11%   6,479.59 on $7,890.62;  Claim# 5; Filed: $7,890.62 | 7100-000 | | | 0.00 |
| | | | Dividend paid 82.11%   37,215.09 on $45,319.28;  Claim# 6 -2; Filed: $45,319.28 | 7100-000 | | | 0.00 |
| 06/19/18 | 105 | Discover Student Loans | Dividend paid 82.11% on $11,847.59; Claim# 4; Filed: $12,697.74; Reference: Stopped: check issued on 04/10/18 | 7100-000 | | -9,728.95 | 9,728.95 |
| 06/19/18 | 109 | Discover Student Loans | | 7100-000 | | 9,728.95 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 83,943.78 | 83,943.78 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 83,943.78 | 83,943.78 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$83,943.78** | **$68,943.78** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8466** | 83,943.78 | 68,943.78 | 0.00 |
| | **$83,943.78** | **$83,943.78** | **$0.00** |

{} Asset reference(s)

Printed: 07/23/2018 11:45 AM   V.13.32